# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINA CERVANTES-ARANDA (1),<br><br>Defendant. | Case No.:  19-CR-03530-CAB<br><br>**ORDER AND JUDGMENT ON<br>MOTION TO DISMISS INFORMATION** |

On motion of the United States, and with good cause shown,

IT IS HEREBY ORDERED the Information in this case is hereby dismissed without prejudice as to defendant Christina Cervantes-Aranda.

IT IS FURTHER ORDERED the bond posted for defendant's release is exonerated.

**IT IS SO ORDERED.**

Dated:  3/15/2021

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE